UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   **SCHEDULING ORDER**
                                  :
JOSHUA HENDRICK,                  :   22-CR-00641-PMH
                                  :
                Defendant.        :
-----------------------------------------------------------x

A Change of Plea Hearing has been scheduled for March 21, 2024 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       March 12, 2024

_____
Philip M. Halpern
United States District Judge