

FASULO GIORDANO & DI MAGGIO, LLP.
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

Hon. Philip M. Halpern
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

Applications granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 19, 2024

**Re:**   ***United States v. Williams, et. al., ( Joshua Hendricks)***
          ***Case No.: 22 Cr. 641 (PMH)***

Dear Judge Halpern,

    I was previously assigned, pursuant to the Criminal Justice Act, to represent Joshua Hendricks. The above referenced matter is scheduled for a status conference on Monday, July 22, at which time I will be away out of the country on a previously scheduled trip. As a result, I respectfully request that my associate Michael Giordano, who is fully familiar with the case, stand-in on my behalf during the conference.

    Additionally, I request that Mr. Giordano be assigned to the case as associate counsel so that he may continue to assist me with reviewing discovery, drafting related motions, conferencing with the client, etc. I ask he be assigned *nunc pro tunc* to 3/29/24 and that he be compensated at the CJA presumptive hourly rate of $110 per hour.

    I thank the Court for its consideration.

Respectfully submitted,

*Louis V. Fasulo*
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FGDMLaw.com

---

225 Broadway, Suite 715          505 Eighth Avenue, Suite 300
New York, New York 10007        New York, New York 10018          Page 1 of 1
Tel (212) 566 – 6213            Tel (212) 967-0352
Fax (212) 566 – 8165           Fax (201) 596-2724