UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA        :

                            :

v.                              :

                            :

JOSHUA HENDRICK,        :

                            :

            Defendant.     :

--------------------------------------------------------------x

**SCHEDULING ORDER**

7:22-CR-00641-PMH

      A Change of Plea Hearing has been scheduled for December 2, 2024 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       October 24, 2024

_____
Philip M. Halpern
United States District Judge