

**FASULO GIORDANO & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

Hon. Philip M. Halpern
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

> Application granted. The change of plea hearing scheduled for December 2, 2024 is adjourned to December 9, 2024 at 10:00 a.m. It is the Government's responsibility to have the defendant produced to Courtroom 620 at that time. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc 222).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 20, 2024

*Re:  United States v. Joshua Hendrick*
*Case No.: 22 Cr. 641 (PMH)*

Dear Judge Halpern,

    I was assigned, pursuant to the Criminal Justice Act, to represent Joshua Hendrick. The above referenced matter is scheduled for a plea hearing on Monday, December 2, at which time I will be unavailable to appear. My law partner will not be able to stand-in on my behalf as he is currently out of the office on paternity leave. As a result, I respectfully request a brief adjournment of the plea hearing to Monday, December 9 or Wednesday, December 11.

    The Government has no objection to this request.

    We thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:  Jennifer Ong, AUSA (via ECF)