

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

Hon. Philip M. Halpern
United States District Court for
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:   United States v. Williams,
        Case No.: 22 Cr. 641**

Dear Judge Halpern,

> Application granted. The sentencing scheduled for June 5, 2025 is adjourned to June 26, 2025 at 2:30 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. Defendant's sentencing submission is due by June 5, 2025 and the Government's response is due by June 12, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 237).
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 15, 2025

    I represent Joshua Hendricks in the above referenced matter, which is calendared for sentencing on June 5, 2025. After coordinating our availability, Probation and I scheduled an in-person Pre-Sentence Interview with Mr. Hendricks for yesterday at the Westchester County Jail. However, we were informed yesterday morning that Mr. Hendricks was no longer at the Westchester County Jail and is now at another facility.

    In order to provide additional time for Probation to complete the interview and Pre-Sentence Report, I respectfully request an adjournment of the sentencing hearing to June 26 or June 30, 2025.

    The Government has no objection to the request.

    We thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Cc:    Margaret Vasu, AUSA

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Page 1 of 1