

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

> Application granted. Defendant's sentencing submission is due by June 12, 2025. The Government's sentencing submission is due by June 19, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 306).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          June 11, 2025

Hon. Philip M. Halpern
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

**Re:**   ***United States v. Joshua Hendricks***
       ***Case No.: 22 Cr. 641 (PMH)***

Dear Judge Halpern,

    The above referenced case is scheduled for sentencing on June 26, 2025. The defense's sentencing memorandum was due on June 5, 2025. When the sentencing adjournment was granted and changed to June 26, 2025, it was our mistaken reading and belief that the sentencing memo for Mr. Hendricks was due this upcoming Thursday, June 12. We recently received documents relevant to Mr. Hendricks' memo. As a result, we respectfully request permission to submit our memo by June 12, 2025

    The Government has no objection to this request, provided they receive a 1-week extension to June 19 to submit their reply. The parties will be ready to proceed with sentencing on June 26, 2025.

    If this request would necessitate moving the sentencing date, both parties would consent to the new date as set by the Court in early July.

    I thank the Court for its consideration.

                                Respectfully submitted,

                                s/Louis V. Fasulo
                                Louis V. Fasulo, Esq.
                                Fasulo Giordano & DiMaggio, LLP.
                                225 Broadway, Suite 715
                                New York, New York 10007
                                Tel: (212) 566 6213

Cc:    AUSA

---